**SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile:  (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
LARRY DUNN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY DUNN,<br><br>             Plaintiff,<br><br>     vs.<br><br>PETER THONG D/B/A BIG MAMA'S DONUTS; JAMES L HALFERTY, AS PARTNER OF DUCKETT, WILSON, BLACKBURN & HALFERTY, AS CALIFORNIA LIMITED PARTNERSHIP; and DOES 1 to 10,<br><br>             Defendants. | **Case No.: 2:20-cv-08448 DMG (MRWx)**<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

        **PLEASE TAKE NOTICE** that LARRY DUNN

 ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby

voluntarily dismisses the entire action *with prejudice* pursuant to Federal Rule of Civil

Procedure Rule 41(a)(1) which provides in relevant part:

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

(a) **Voluntary Dismissal.**

    (1)   *Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

        (i)    A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

None of the Defendants has either answered Plaintiff's Complaint, or filed a motion for summary judgment.  Accordingly, this matter may be dismissed without an Order of the Court.

DATED:  January 21, 2021      SO. CAL. EQUAL ACCESS GROUP

               By:    */s/  Jason J. Kim*
                          Jason J. Kim, Esq.
                          Attorneys for Plaintiff

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**